IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTOPHER L AMERSON,                              *

              Plaintiff,                     *

v.                                                   Case No.  5:23-cv-00268-MTT-CHW

                                      *

Doctor BRADFORD,

                                      *

              Defendant.                   *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 10/24/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

   This 24th day of October, 2025.

                        David W. Bunt, Clerk


                        s/ Erin Pettigrew, Deputy Clerk